UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACERICH VINTAGE FAIRE LIMITED PARTNERSHIP, a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>GAMESTOP, INC., a Minnesota Corporation; GAMESTOP CORP., a Delaware Corporation, and DOES 1 TO 10, INCLUSIVE,<br><br>Defendants. | Case No. 1:08-CV-00445-OWW-SMS<br><br>**ORDER RE STIPULATION RE DISMISSAL**<br><br>Judge: Oliver W. Wanger, Ctrm. #3 (7th Floor) |

Based upon the Stipulation re Dismissal of the parties, and good cause appearing therefore, the Court adopts such Stipulation as its Order.

**IT IS SO ORDERED.**

Dated: June 17, 2008          /S/ OLIVER W. WANGER
                              HON. OLIVER W. WANGER
                              Judge, United States District Court

COUNTY OF LOS ANGELES

**LAW OFFICES**
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

GS15-0000006
3405619.1

ORDER RE STIPULATION RE DISMISSAL

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

GS15-0000006
3405619.1

2

ORDER RE STIPULATION RE DISMISSAL